Case: 1:24-cv-00838 Document #: 1 Filed: 01/30/24 Page 1 of 10 PageID #:1

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

**RECEIVED**

JAN 30 2024
JAN 30 2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Roberto Gamez
Edward Barboza ID 20231213061
Yaneli Martinez

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Case No:_____
(To be supplied by the Clerk of this Court)

Cook-county-Jail

/S/ Rafferty, N, Star # 3163

/S/ Wiggins, D, Star # 716

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

24-cv-838
Judge Wood
Magistrate Judge Holleb Hotaling
RANDOM/ PC 2

**CHECK ONE ONLY:**

✓     **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

_____     **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

_____     **OTHER** (cite statute, if known)

***BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.***

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I. **Plaintiff(s):**

   A. Name: Roberto A. Gamez
   B. List all aliases: Edward Barboza
   C. Prisoner identification number: (RG) 20230620149
   D. Place of present confinement: Cook-County-Jail (Div-5)
   E. Address: 2700 S. California, Chicago, IL, 60608

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
   (In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

   A. Defendant: Cook-County-Jail
      Title: Its Dirty Condemd Jail (Div.5)(Div 6)
      Place of Employment: D.O.C
   B. Defendant: /S/ Rafferty, N, Star # 3163
      Title: Sargent
      Place of Employment: Cook-County-Jail
   C. Defendant: /S/ Wiggins, D, Sar # 716
      Title: Sargent
      Place of Employment: Cook-County-Jail

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

    A. Name of case and docket number: ___0_____

    B. Approximate date of filing lawsuit: ___0_____

    C. List all plaintiffs (if you had co-plaintiffs), including any aliases: ___0_____

    D. List all defendants: ___0_____

    E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): ___0_____

    F. Name of judge to whom case was assigned: ___0_____

    G. Basic claim made: ___0_____

    H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): ___0_____

    I. Approximate date of disposition: ___0_____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Im Going to StARt by Saying im (Roberto A Gamez) im tRying to Put a Law Suit in undeR (42 U.S.C 8 1983 (AGainst, State, county,) for the following Reason's, I was placed oN (Div-5 1-J) in (July 2023) and the vent's ARe dirty with Afestu's Sinks we drink out of are rusted the food is Really Bad Spoiled at time's with Maggit's in the Bean's :: its Just horrible No chean close change, untill the DirectoR walk's Around they come with ok food and close to change that more oR less Suitable but there alway's under Staffd and over crowded no medicine when People get Sick in (Div 5 -1-J) and (Div 6) 2R) Ran By SaRGent (Mrs.williams) (Div. 5) By (Rafferty) N, Star # 3163

4                                                                                             Revised 9/2007

So Its like this the living conditions are horrible and officers are unprofesional and its been happening for a long time but not all criminals are violent offenders or careless were human, and sometime's in Jail for Stuff like (Retail) (tickets) (Child Support) (Drinking in publick) and housed with (Murderer's) (Asinists) (Rapists) why? its Becau's nobody rite's Grievence's or Puts in law Suit's Plea's Help make a change for me But for a lot of (Cook County Jail) inmate's.

And was not let Go to court on 1-5-2024 Said I Refused they be w Get away with it Pleas help.

Case: 1:24-cv-00838 Document #: 1 Filed: 01/30/24 Page 6 of 10 PageID #:6

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

On 9/13/2023 /S/ franco #18493 and Rafferty #3163 Sent Me to SeGration for defending MySelf a imigrant Attackd Me So to dicipline Me was Sent to (I-M-Div 5) But there was no microwave to heat your food and it was on modified only few cells out at a time So I Refused and was Sent to SeGregation By Mr. Chavez #18481 on Sep 9-14-23 All day I was handcuffd that's illegal no washroom then Sent to (Div 6-2-C) SeG came out Stayed out of trouble and one day I needed help my life was in danger on 12/7/2023 A knew C/o Mrs. Ross and a few oder female's didint know protocal so they fed Me to the wolfs By wich I mean the (GANG'S) that where messing with any and everyone instead of correcting them they Reward them its crazy, and I was Sent to SeGregation for refusal I was asking to move then on 12/0/2023 (Mr. Cathuene) C/o Badge unkown try to spit at Me in my cell its on Camera and Sargent Mr. (Ocampos) in (Div-6) and Cathuene think they got away with it (2-B Div)

5                                                                 Revised 9/2007

= then they tried to send me back were I had problem's to (2-M Div 6) on 12/13/23 But I refused was ritten up instead of Helpd Got found Not Guilty on my tickeck of conduct But was still in (2-B Div 6) Seg = for additional 10 days Mind you your only sapous to be Handcuffd instead we where Blue Boxd like animal's to the wall like Dog's cant use the washroom or walk around its on camara or eat it was Horrible Pleas find Justice for me (Roberto A Gamez)
ID 20230620148

Youse Have my permission to Get the video's Rite Freedom of information/ 2700 S california
Roberto gems
/chicago IL 60608

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## V. Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Id like to Be treated like a American equal like a human and Be Reincompesated for all the Night I was mistreated placed in segregation's and bad living conditions and Hopefully Ill be able to get past this one day thank you for Reading

VI. The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this RG day of 1-25, 2024

Roberto gamez

Roberto A GAMez
(Signature of plaintiff or plaintiffs)

Roberto gamez
(Print name)

20230620149
(I.D. Number)

Cook-County-Jail
2700 S, California
Chicago IL 60608
(Address)

Roberto Gamez
ID-2023062 0149
2700, S, California, Ave
Chicago, IL, 60608

United, States, District,
court, 219, S, Dearborn, 20th floor
Chicago, IL, 60604

01/30/2024-10

Packet one
2 is cuming
with reciepts n Grievences

24-cv-838
Judge Wood
Magistrate Judge Holleb Hotaling
RANDOM/ PC 2